*In re* Comité Asesor Permanente de Reglas de Evidencia.

*Número:* EC-2006-01          *Resuelto:* 24 de enero de 2006

## RESOLUCIÓN

En virtud de esta Resolución, se reactiva el Comité Asesor Permanente de Reglas de Evidencia adscrito al Secretariado de la Conferencia Judicial y Notarial, con la encomienda de evaluar las Reglas de Evidencia a la luz de la Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003, Ley Núm. 201 de 22 de agosto de 2003, según enmendada, 4 L.P.R.A. sec. 24 *et seq.* Los trabajos del Comité deberán enmarcarse en el desarrollo de un proyecto moderno de Reglas de Evidencia que esté dirigido principalmente a agilizar los procedimientos judiciales.

El Comité estará facultado para crear subcomités de trabajo compuestos por expertos en la materia, quienes le asistirán en la tarea de completar un proyecto de reglas en el término de nueve meses.

El Tribunal agradece la labor realizada por los miembros anteriores del Comité Asesor Permanente de Reglas de Evidencia, quienes cumplieron su encomienda de entregar un proyecto de Reglas de Evidencia conforme les fuera solicitado mediante resoluciones del 15 de enero de 1988 y 22 de junio de 1990, respectivamente.

Se designan como nuevos miembros del Comité a las personas siguientes:

Hon. Luis Rivera Román, *presidente*
Hon. Kalil Bacó
Lcdo. Ernesto L. Chiesa Aponte
Hon. Bruno Cortés Trigo
Lcdo. Rolando Emmanuelli Jiménez
Lcdo. Alberto Omar Jiménez Santiago

1

Lcdo. Ricardo Ramírez Lugo
Lcdo. Francisco Rebollo Casalduc
Lcda. Heidi Rodríguez
Lcdo. Heriberto Sepúlveda Santiago
Lcda. Vivian Neptune
Lcdo. Fernando Luis Torres Ramírez
Lcdo. Enrique Vélez Rodríguez

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*